*Sohm v. McGraw-Hill Global Educ. Holdings, LLC et al.*, 1:16-cv-4255 (WHP) (KNF) (S.D.N.Y.)

## Claims Subject to Dismissal for Lack of Copyrightability

|  | **Plaintiff's Photo** | **Image Id No.** | **Compl. Exhibit & Row Number(s)** | **Image Description** |
|---|---|---|---|---|
| 1. | | JS1000460 | Exhibit 2, Row 37<br><br>(*See also* Am. Compl., Ex. 11, at 1) | Presidential Seal of the US |
| 2. | | JS004492 | Exhibit 2, Rows 49, 118, 181, 191, 221, 228<br><br>(*See also* Am. Compl., Ex. 11, at 2) | The Constitution |
| 3. | | JS999775 | Exhibit 2, Row 51<br><br>(*See also* Am. Compl., Ex. 11, at 3) | Declaration of Independence |

*Sohm v. McGraw-Hill Global Educ. Holdings, LLC et al.*, 1:16-cv-4255 (WHP) (KNF) (S.D.N.Y.)

|   | **Plaintiff's Photo** | **Image Id No.** | **Compl. Exhibit & Row Number(s)** | **Image Description** |
|---|---|---|---|---|
| 4. | | JS999774 | Exhibit 2, Rows 64, 73, 183 (*See also* Am. Compl., Ex. 11, at 4) | Declaration of Independence |
| 5. | | JS1000418 | Exhibit 2, Rows 141, 142 (*See also* Am. Compl., Ex. 11, at 5) | We the People Preamble to the United States Cons |

2

*Sohm v. McGraw-Hill Global Educ. Holdings, LLC et al.*, 1:16-cv-4255 (WHP) (KNF) (S.D.N.Y.)

|  | **Plaintiff's Photo** | Image Id No. | **Compl. Exhibit & Row Number(s)** | **Image Description** |
|---|---|---|---|---|
| 6. | | JS1000417 | Exhibit 2, Rows 148, 158, 208, 211, 248, 249, 285<br><br>(*See also* Am. Compl., Ex. 11, at 6) | Original United States Constitution |
| 7. | | JS1262731 | Exhibit 2, Rows 157, 168, 175, 273, 283<br><br>(*See also* Am. Compl., Ex. 11, at 7) | Constitution of the United States of America |

3

Case 1:16-cv-04255-WHP   Document 58-1   Filed 07/20/16   Page 4 of 6

*Sohm v. McGraw-Hill Global Educ. Holdings, LLC et al.*, 1:16-cv-4255 (WHP) (KNF) (S.D.N.Y.)

| | **Plaintiff's Photo** | Image Id No. | Compl. Exhibit & Row Number(s) | **Image Description** |
|---|---|---|---|---|
| 8. | | JS1000416 | Exhibit 2, Rows 160, 271, 280 (*See also* Am. Compl., Ex. 11, at 8) | Original Declaration of Independence |
| 9. | | JS1000412 | Exhibit 2, Row 167 (*See also* Am. Compl., Ex. 11, at 9) | Front of One Dollar Bill |

*Sohm v. McGraw-Hill Global Educ. Holdings, LLC et al.*, 1:16-cv-4255 (WHP) (KNF) (S.D.N.Y.)

| | **Plaintiff's Photo** | Image Id No. | Compl. Exhibit & Row Number(s) | **Image Description** |
|---|---|---|---|---|
| **10.** | | JS1262253 | Exhibit 2, Rows 189, 217<br><br>(*See also* Am. Compl., Ex. 11, at 10) | American Flag with 13 Stars |
| **11.** | | JS1568438 | Exhibit 2, Row 192<br><br>(*See also* Am. Compl., Ex. 11, at 11) | $20 Bill |
| **12.** | | JS1000403 | Exhibit 2, Row 233<br><br>(*See also* Am. Compl., Ex. 11, at 13) | 13-Star American Flag |

Case 1:16-cv-04255-WHP Document 58-1 Filed 07/20/16 Page 6 of 6

*Sohm v. McGraw-Hill Global Educ. Holdings, LLC et al.*, 1:16-cv-4255 (WHP) (KNF) (S.D.N.Y.)

|     | **Plaintiff's Photo** | **Image Id No.** | **Compl. Exhibit & Row Number(s)** | **Image Description** |
| --- | --- | --- | --- | --- |
| 13. | | 22531059 | Exhibit 3, Row 23, 24 | This is the original colonial flag with 12 |
| 14. | | ESOHO464910 | Exhibit 7, Row 120, 146 | The entire original U.S. Constitution on its faded parchment paper |